| | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>4361 Latham Street, Suite 270<br>Riverside, CA 92501-1749<br>(951) 826-8000   FAX (951) 826-8090<br><br>☐ Attorney for<br>☒ Chapter 13 Trustee | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | Chapter: 13<br><br>Case Number: **6:10-bk-22249-DS** |
| In re:   **MARIA DOLORES AKCHERALIAN**<br><br><br><br>Debtor(s) | **TRUSTEE'S COMMENTS ON OR<br>OBJECTION TO APPLICATION<br>FOR<br>SUPPLEMENTAL FEES** |

The undersigned Chapter 13 Trustee, having reviewed the Application for Supplemental Fees (the "Application") filed: **3/9/2011** as docket entry number **36** provides the following response to the Application:

SUMMARY OF FEES REQUESTED:  $1000 FOR MOTION TO AVOID TWO LIENS.

☒ APPROVE ON THE FOLLOWING CONDITIONS:

The requested fees appear to exceed the usual and customary standard for fees for similar tasks in the district ($400-500 for this task).  See In re Eliapo, 298 B.R. 392 (9th Cir. BAP 2003); see also 11 U.S.C. §330(a)(3)(E). Counsel has submitted little or no evidence of "extraordinary circumstances" warranting the higher fees requested, and it is counsel's burden to establish the value of the services rendered.  See In re Lynn, case no. 08-23603-D-7 (Bankr. E.D. Cal. 9/21/2009).

TRUSTEE'S RECOMMENDATION: $500 FOR MOTION TO AVOID LIEN.  ALTHOUGH TWO LIENS WERE AVOIDED, ONLY ONE MOTION WAS FILED, THUS DOUBLE THE USUAL FEE IS NOT NECESSARY FOR ONE MOTION.

**Counsel for debtor shall submit an order on this application via LOU.**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:125
July 2008

F 3015-1.11

Dated: 03/11/2011

_____
Rod Danielson, Chapter 13 Trustee

FG:125
July 2008

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 3015-1.11**

| In re: **MARIA DOLORES AKCHERALIAN** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:10-bk-22249-DS** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **TRUSTEE'S COMMENTS ON OR OBJECTION TO APPLICATION FOR SUPPLEMENTAL FEES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __3-15-11__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
MARIA DOLORES AKCHERALIAN
26475 SANTA ROSA DR.
MORENO VALLEY, CA  92553

Attorney for Debtor
DOAN LAW FIRM, LLP
25401 CABOT ROAD
SUITE 119
LAGUNA HILLS, CA  92653

Co Debtor

☐ Service Information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3-15-11 | Susan Jones | *Susan Jones* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:125
July 2008

F 3015-1.11